UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cr-00001-HDM-VPC |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| CLAY SERENBETZ, | ) ) | |
| Defendant. | ) ) | |

The defendant's motion for modification of surrender date pursuant to Ninth Circuit Rule 9-1.2(e) (#71) is **GRANTED**. Defendant's surrender date is hereby stayed until final resolution of his motion for bail pending appeal by the Court of Appeals.

IT IS SO ORDERED.

DATED: This 30th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE