# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

```
UNITED STATES OF AMERICA,        )    3:15-cr-00001-HDM-VPC
                                 )
            Plaintiff,           )
                                 )    ORDER
vs.                              )
                                 )
CLAY SERENBETZ,                  )
                                 )
            Defendant.           )
_____)
```

The government shall file a response to the defendant's motion to quash (ECF No. 79) no later than Monday, August 29, 2016.

IT IS SO ORDERED.

DATED: This 10th day of August, 2016.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE